**DISMISS; Opinion Filed March 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01563-CV

## A.C.T. CONTRACTORS, LLC, Appellant
## V.
## JOE HILL, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-11979

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Stoddart, and Justice Schenck
Opinion by Justice Stoddart

The clerk's record in this case is overdue. By letter dated February 4, 2015, we informed appellant that the Dallas County District Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification it had paid for or made arrangements to pay for the clerk's record. We cautioned appellant that if appellant did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


/ Craig Stoddart/

CRAIG STODDART
JUSTICE

141563F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

A.C.T. CONTRACTORS, LLC, Appellant

No. 05-14-01563-CV     V.

JOE HILL, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-11979.
Opinion delivered by Justice Stoddart.
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JOE HILL recover his costs of this appeal from appellant A.C.T. CONTRACTORS, LLC.

Judgment entered this 30th day of March, 2015.